We move to the second case this morning, Jeske v. Saul. In this video, we are going to look at the case of